NICOLA CAPONI, Respondent, v. PROC BUILDING CORPORATION, Appellant.— Appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

WILLIAM G. CARRUTH, Individually and on Behalf of Other Stockholders of EMPIRE STATE FINANCE CORPORATION, Respondent, v. EMPIRE STATE FINANCE Co., INC., and WILLIAM H. KELLEHER, JR., Appellants.— Appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

WILLIAM G. CARRUTH, etc., Appellant, v. EMPIRE STATE FINANCE Co., INC., and WILLIAM H. KELLEHER, JR., Respondents.— Appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

HJALMAR DAHLSTROM, Appellant, v. MICHAEL F. BUCKLEY, Respondent.— Appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

MAX DELLOFF, Appellant, v. HARTFORD ACCIDENT AND INDEMNITY COMPANY, Respondent.— Appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

GEORGE J. ELSASSER, Respondent, v. THE SUN PRINTING AND PUBLISHING ASSOCIATION, Appellant, and Another, Defendant.— Appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

FANNIE EPSTEIN, Respondent, v. FRANK EPSTEIN, Appellant.— Appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

MANUEL FERNANDEZ, Appellant, v. LOUIS SURATO and Others, Respondents.— Appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

NINA GERARD, Appellant, v. FRANK EDWARD GERARD, Respondent.— Appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

JOHN F. HEALY, Respondent, v. HENRY SIEBEN, Appellant.— Appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

In the Matter of the Petition of JOHN J. FARRELL for Probate of the Last Will and Testament of MARION FARRELL, Deceased. JOHN J. FARRELL, Appellant; RAYMOND FARRELL and HELEN FARRELL, Respondents.— Appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

In the Matter of the Application of MICHAEL GRAMANO and LENA GRAMANO to Secure the Discharge of a Mortgage. MYRON F. GOUGH, Appellant; META S. GOUGH, Respondent.— Appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

JOHNSON OIL BURNER Co., INC., etc., Respondent, v. WOHLBRO REALTIES, INC., and Others, Appellants.— Appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

ALPHONSE A. KEARNS, Respondent, v. MAURICE E. FRANK, Appellant.— Appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.